**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DEDRA DE LA ROSA,

                          Plaintiff,                      **ORDER**

                 -against-                          **22-cv-8989 (JPO) (JW)**

GUNTHER BLDG 1873 CORPORATION, *et al.*,

                         Defendant.
------------------------------------------------------------------X
KIRAN VUPPALA,

                         Plaintiff,              **22-cv-10455 (JPO) (JW)**

                 -against-

ZAM AMERICA, *et al.*,

                         Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This Order is to be filed on the dockets of both above-captioned cases. Case Nos. 1:22-cv-10455-JPO-JW (the "Vuppala Case") and 1:22-cv-08989-JPO-JW (the "De La Rosa Case") have been designated as related cases. The motion for conference at Dkt. No. 31 in the De La Rosa Case is DENIED. All parties are directed to meet and confer regarding a timeline for mediation and file a joint letter proposal by **September 8, 2023** noting any disagreements.

SO ORDERED.

DATED:   New York, New York
         August 30, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge