**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIRAN VUPPALA,                                    CASE NO: 1:22-cv-10455-KPF

      Plaintiff,

vs.

ZAM AMERICA, a New York
corporation, a/k/a IM USA CORP.,
d/b/a ISABEL MARANT NEW
YORK SOHO, and GUNTHER
BUILDING 1873, CORP., a
New York corporation,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, ZAM AMERICA, a New

York corporation, a/k/a IM USA CORP., d/b/a ISABEL MARANT NEW YORK SOHO, and

GUNTHER BUILDING 1873, CORP., a New York corporation, by and through their respective

undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the

provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal

of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear

their own attorneys' fees and costs.

Dated: This 18th day of March, 2024.

By:_____

  B. Bradley Weitz Esq.
  The Weitz Law Firm, P.A.
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile: (305) 704-3877
  Email: bbw@weitzfirm.com
  Attorney for Plaintiff

By: *Maxwell S. Margulies*

  Maxwell Margulies, Esq.
  Emil Sammon, Esq.
  Boyd Richards Parker & Colonnelli, P.L.
  1500 Broadway, Suite 505
  New York, NY 10036
  Telephone: (646) 973-2022
  Email: mmargulies@boydlawgroup.com
  Email: esamman@romerdebbas.com
  *Attorneys for IM USA Corp. / ZAM America*

By: _____

     Barry G. Margolis, Esq.
     Abrams Garfinkel Margolis Bergson, LLP
     1430 Broadway 17th Floor
     New York, NY 10018
     Telephone (212) 201-1174
     Facsimile: (212)-937-3330
     Email: bmargolis@agmblaw.com
     *Attorney for Gunther Building 1873, Corp.*

**SO ORDERED:**


_____
Hon. Judge J. Paul Oetken, U.S.D.J.

Date: _____