**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KIRAN VUPPALA,                                          CASE NO: 1:22-cv-10455-KPF

    Plaintiff,

vs.

ZAM AMERICA, a New York corporation, a/k/a IM USA CORP., d/b/a ISABEL MARANT NEW YORK SOHO, and GUNTHER BUILDING 1873, CORP., a New York corporation,

    Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

    COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, ZAM AMERICA, a New York corporation, a/k/a IM USA CORP., d/b/a ISABEL MARANT NEW YORK SOHO, and GUNTHER BUILDING 1873, CORP., a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

    Dated: This 18th day of March, 2024.

By: _____
B. Bradley Weitz Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
Attorney for Plaintiff

By: _____
Maxwell Margulies, Esq.
Emil Sammon, Esq.
Boyd Richards Parker & Colonnelli, P.L.
1500 Broadway, Suite 505
New York, NY 10036
Telephone: (646) 973-2022
Email: mmargulies@boydlawgroup.com
Email: esamman@romerdebbas.com
*Attorneys for IM USA Corp. / ZAM America*

By: _____
Barry G. Margolis, Esq.
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway 17th Floor
New York, NY 10018
Telephone (212) 201-1174
Facsimile: (212)-937-3330
Email: bmargolis@agmblaw.com
*Attorney for Gunther Building 1873, Corp.*

**SO ORDERED:**

_____                           March 19, 2024
J. PAUL OETKEN
United States District Judge